IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRIAN JONES,<br><br>    Plaintiff,<br><br>v.<br><br>JAI AUGUSTA, LLC<br><br>    Defendant. | Civil Action No.<br><br>JURY TRIAL DEMANDED |

### COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Brian Jones ("Plaintiff"), by and through undersigned counsel, and files this, Complaint for Damages against Defendant JAI Augusta, LLC ("Defendant") and shows the Court as follows:

### NATURE OF COMPLAINT

1.

Plaintiff brings this action to recover damages for Defendant's unlawful conduct against him in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

### JURISDICTION AND VENUE

2.

Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

1

3.

The unlawful employment practices alleged in this Complaint were committed within this district. In accordance with 28 U.S.C. § 1391, venue is appropriate in this Court.

## ADMINISTRATIVE PROCEDURES

4.

Plaintiff has fulfilled all conditions necessary to proceed with this action under Title VII.

5.

Plaintiff filed his Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on July 17, 2023.

6.

The EEOC issued Plaintiff's Notice of Right to Sue on August 7, 2023.

7.

Plaintiff filed this action within ninety (90) days of receipt of the Notice of Right to Sue from the EEOC.

## PARTIES

8.

Plaintiff is a heterosexual male citizen of the United States of America and is subject to the jurisdiction of this Court.

9.

At all times relevant, Defendant was qualified and licensed to do business in Georgia, and at all times material hereto has conducted business within this District.

10.

Defendant may be served with process by delivering a copy of the summons and complaint to its Registered Agent, C T Corporation System, at 289 S. Culver Street, Lawrenceville, GA, 30046.

**FACTS**

11.

In or around March 2023, Plaintiff began working for Defendant as a Cook.

12.

Shortly after Plaintiff started, Amad Jenkins ("Jenkins"), Manager, began making sexually explicit comments towards Plaintiff and touching him without his consent on a regular basis. Jenkins is a homosexual male.

13.

Specifically, Jenkins would look at Plaintiff in a sexual manner and flirtatiously say "don't play with me." Jenkins would also make Plaintiff tuck his shirt in so he could stare at Plaintiff's genital area. Additionally, Jenkins made Plaintiff work upfront instead of the kitchen so he could look at Plaintiff and refused

3

to provide Plaintiff with his time-clock information so that Plaintiff would have to talk to Jenkins each time Plaintiff clocked in or out.

14.

Plaintiff repeatedly asked Jenkins to stop harassing him.

15.

Plaintiff attempted to contact Human Resources, but Jenkins stopped him and took down all contact information for the corporate office in the store.

16.

On or about April 27, 2023, Jenkins messaged Plaintiff on Snapchat and asked if he could see Plaintiff's penis. Plaintiff did not respond to Jenkins' message and took a screenshot of the messages.

17.

When a user screenshots a message on Snapchat, any individuals in the message thread are notified.

18.

At Plaintiff's next shift, he complained to Princess, Assistant Manager, that Jenkins asked to see his penis and showed Princess the screenshot of the message. Plaintiff also asked Princess for the contact information for Human Resources. Princess laughed at Plaintiff and said that there was nothing she could do.

19.

On or about May 8, 2023, Jenkins terminated Plaintiff's employment.

20.

Any reason given for Plaintiff's termination is pretext for unlawful retaliation, in response to Plaintiff's protected activity. As a result of the unlawful actions of Defendant, Plaintiff has suffered damages, including lost wages and emotional distress.

### CLAIMS FOR RELIF
### COUNT I: TITLE VII RETALIATION

21.

Plaintiff realleges and reincorporates paragraphs 1-20 as if set forth fully herein.

22.

Plaintiff is a member of a protected class under Title VII.

23.

Title VII prohibits Defendant from retaliating against Plaintiff for engaging in protected activity.

24.

Plaintiff's complaints and opposition to, inter alia, sexual harassment constitutes protected activity under Title VII.

25.

Defendant subjected Plaintiff to adverse action (to wit, termination) because of his protected conduct. The adverse action to which Plaintiff was subjected would dissuade a reasonable employee from engaging in protected activity.

26.

There was a causal connection between the protected activity and adverse actions.

27.

As a direct and proximate result of Defendant's violations, Plaintiff has suffered economic and non-pecuniary damages.

28.

Defendant willfully and wantonly disregarded Plaintiff's rights, and its actions towards Plaintiff were undertaken in bad faith.

29.

Plaintiff is entitled to punitive damages, lost wages and benefits, compensatory damages, attorney's fees and costs, prejudgment interest, reinstatement or front pay in lieu thereof, and any other relief available under the law.

**WHEREFORE**, Plaintiff demands judgment as follows:

(a)  General damages for personal physical injury and mental and emotional suffering caused by Defendants' misconduct;

(b)  Punitive damages based on Defendants' willful, malicious, intentional, and deliberate acts, including ratification, condonation and approval of said acts;

(c)  Special damages for lost wages and benefits and prejudgment interest thereon;

(d)  Reasonable attorney's fees and expenses of litigation;

(e)  Trial by jury as to all issues;

(f)  Prejudgment interest at the rate allowed by law;

(g)  Declaratory relief to the effect that Defendant has violated Plaintiff's statutory rights;

(h)  Injunctive relief of reinstatement, or front pay in lieu thereof, and prohibiting Defendant from further unlawful conduct of the type described herein; and

(i)  All other relief to which he may be entitled.

Respectfully submitted the 21st day of September, 2023.

          **BARRETT & FARAHANY**

          s/ *V. Severin Roberts*
          V. Severin Roberts
          Georgia Bar No. 940504
          Benjamin Rollins
          Georgia Bar No.
          *Attorney for Plaintiff*

P.O. Box 530092
Atlanta, Georgia 30353
(404) 214-0120
severin@justiceatwork.com